

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2021

No. 04-21-00094-CV

**CITY OF EAGLE PASS**,
Appellant

v.

Isabel Velasquez **PEREZ**, individually and a/n/f of Vanessa Velasquez, minor,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-01-35130-MCV
Honorable Maribel Flores, Judge Presiding

## O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

On October 13, 2021, appellee filed a Motion to Lift Stay. On October 26, 2021, appellant filed a response. Appellee's Motion to Lift Stay is **DENIED.**

It is so **ORDERED** on November 5, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT